IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN C. JACKSON AND CECELIA JACKSON, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 4:18-cv-02070 ) |
| FREEDOM MORTGAGE CORPORATION, *et al.,* | ) ) |
| Defendants. | ) ) |

**DEFENDANT LOANCARE, A DIVISION OF FNF SERVICING, INC., NKA LOANCARE, LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Defendant LoanCare, a division of FNF Servicing, Inc., NKA LoanCare, LLC ("LoanCare"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure certifies that:

1. LoanCare, LLC is a division of FNF Servicing, Inc., which is a wholly-owned subsidiary of Fidelity National Financial Inc, a publicly traded company;

2. No publicly owned corporation holds 10% or more of any stock in LoanCare, LLC.

2

Dated: September 4, 2018

Respectfully submitted,

**LOANCARE, A DIVISION OF FNF SERVICING, INC., NKA LOANCARE, LLC**

/s/ Michael E. Lacy
Michael E. Lacy, Attorney-in-Charge
Va. Bar No. 48477
Southern District of Texas Bar No. 575967
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
804-697-1326 (telephone)
804-698-6061 (facsimile)
michael.lacy@troutmansanders.com

*Counsel for Defendant LoanCare, a division of FNF Servicing, Inc., NKA LoanCare LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with electronic notification and copy being sent via CM/ECF to the following:

**Counsel for Plaintiffs**

Jeffrey C, Jackson, Esq.
Jeffrey Jackson & Associates, PLLC
2200 North Loop West, Suite 108
Houston, Texas 77018
Telephone:  713-861-8833
Email: jeff@jjacksonllp.com

**Counsel for Freedom Mortgage Corporation**

Philip Stuart Traynor
Marinosci and Baxter
14643 Dallas Parkway, Suite 750
Dallas, Texas 75254
Telephone: 972-331-2300
Email:  ptraynor@mlg-defaultlaw.com

By:  /s/ Michael E. Lacy
Michael E. Lacy, Attorney-in-Charge
Va. Bar No. 48477
Southern District of Texas Bar No. 575967
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
804-697-1326 (telephone)
804-698-6061 (facsimile)
michael.lacy@troutmansanders.com

36273896v1

3