United States District Court
Southern District of Texas

**ENTERED**

September 06, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN C. JACKSON and CECELIA JACKSON, | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-18-2070 |
| | § | |
| FREEDOM MORTGAGE CORP., LOANCARE, A DIVISION OF FNF SERVICING INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | § § § § § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs, John C. Jackson and Cecelia Jackson, moved to remand. (Docket Entry No. 4). The removing defendant, Freedom Mortgage, responded, amending the notice of removal. (Docket Entry No. 8). The plaintiffs responded, moving to strike the amended notice of removal. (Docket Entry No. 11). The court heard argument on the motion to remand. For the reasons stated in detail on the record at a hearing on September 5, 2018, the motions to strike and remand are granted. This case is remanded to the 164th Judicial District Court of Harris County, Texas.

SIGNED on September 6, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge